AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| ROCHESTER DIAMONDS AND GOLD, INC., a New York Corporation<br>*Plaintiff(s)*<br>v.<br>WILLIAM WALKER AKA BILL WALKER, an Individual, and DOES 1-50, inclusive<br>*Defendant(s)* | ) | Civil Action No. 8:26-cv-00049-ADS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WILLIAM WALKER AKA BILL WALKER, 580 Anton Blvd., Costa Mesa, CA 92626

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Micah L. Bailey, SBN 248384
PURDY & BAILEY, LLP
12520 High Bluff Drive, Suite 220
San Diego, California 92130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/20/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:26-cv-00049

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* William Walker AKA Bill Walker
was received by me on *(date)* April 1, 2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☒ Other *(specify)*: Jacob Nalbandian accepted on behalf of William Walker at 2043 Westcliff Dr Suite 101, Newport Beach, CA 92660 on April 7, 2026 at 12:25 pm

My fees are $ 23.04 for travel and $ 190.00 for services, for a total of $ 213.04 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 8, 2026

*Server's signature*

Eric Peterson CA PI 188049 OC Process Server 6104
*Printed name and title*

1439 W. Chapman Ave, Orange, CA 92868
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. **8:26-cv-00049-DFM**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: **WILLIAM WALKER AKA BILL WALKER, an Individual**
**was received by me on June 29, 2026**

❐ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at , , on 11:30 PM

☑ I left the above listed documents at the individual's business, residence or usual place of abode with Jacob Nalbandian - The owner of the jewelry store.,a person of suitable age and discretion who resides there, on July 6, 2026 at 11:30 PM, at 2043 Westcliff Dr Ste 101, Newport Beach, CA 926605509 and mailed a copy to the individual's last known address; or

☐ I served the above listed documents to , who is designated by law to accept service of process on behalf of on ;or

☐ I returned the above listed documents unexecuted because;

☐ other *(specify):*

My fees are $ .00 for travel and $ 168.50 for services, for a total of $ 168.50

I declare under penalty of perjury that this information is true.

Date: July 6, 2026

*Server's signature*

**MARIO HERNANDEZ**
*Printed name and title*

**Contracted by Vanguard Legal Solutions Inc**
**2535 Kettner Blvd., Ste., 1-B2**
**San Diego, CA 92101**
**(619) 255-6998**
*Server's Address*

**Vanguard Legal Solutions Inc**
2535 Kettner Blvd., Ste., 1-B2
San Diego, CA 92101
Phone: (619) 255-6998 Fax: (619) 866-4942

Continued from Proof of Service

**CLIENT:** Purdy & Bailey, LLP

**CLIENT FILE #:** RDI Lawsuit **DATE:** July 8, 2026

**SUBJECT:** WILLIAM WALKER AKA BILL WALKER, an Individual

**SERVED:** Jacob Nalbandian - The owner of the jewelry store.

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT; PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES IN SUPPORT OF ACTION PURSUANT TO 28 U.S.C §1332 ; SUMMONS IN A CIVIL ACTION; PLAINTIFF'S AMENDMENT TO COMPLAINT/NOTICE OF ERRATA; NOTICE OF REASSIGNMENT TO DISTRICT**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| **Micah L. Bailey, Esq.** SBN: **(SBN 248384)**<br>**Purdy & Bailey, LLP**<br>**12520 High Bluff Drive San Diego, CA 92130**<br>TELEPHONE NO.: **(858) 564-0136** FAX NO.: **(858) 564-0142**<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Plaintiff** Client File # **RDI Lawsuit** | |
| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS: **350 W 1st Street**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **Los Angeles, CA 90012**<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: **ROCHESTER DIAMONDS AND GOLD, INC., a New York Corporation**<br>DEFENDANT/RESPONDENT: **WILLIAM WALKER AKA BILL WALKER, an Individual; ET AL** | |
| **DECLARATION OF DILIGENCE** | CASE NUMBER: **8:26-cv-00049-DFM** |

At the time of service I was at least 18 years of age and not a party to this action.

Servee: **WILLIAM WALKER AKA BILL WALKER, an Individual**

Documents: **Summons In A Civil Action; Complaint; Civil Cover Sheet; Amendment To Complaint; Notice Of Related Cases; Notice Of Reassignment; Corporate Disclosure Statement; Certificate Of Interested Parties**

Address: **2043 Westcliff Dr Ste 101**
**Newport Beach, CA 926605509**

As enumerated below:

**6/30/2026 -- 10:30 AM**
Bill Walker is no longer at this address since 2024 per new tenant Jacob B.

**7/3/2026 -- 2:15 PM**
The jewelry store is closed.

County: **ORANGE**
Registration No.: **PSC6109**
**Vanguard Legal Solutions Inc**
2535 Kettner Blvd., Ste., 1-B2
San Diego, CA 92101

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 7/8/2026.

Signature: ______________________
**MARIO HERNANDEZ**

**DECLARATION OF DILIGENCE**